IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC PARR, | ) | CIV NO. 11-00514 ACK-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KALANI CORP. *dba* Cindy's Place, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 03, 2012 and April 6, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Judgment By Default" are adopted as the opinion and order of this Court; provided, that in the event Plaintiff and Defendant in good faith are unable to agree on what constitutes an accessible entrance, restroom, and seating location in compliance with the requirements of the ADA and H.R.S. § 347-13, the scope and provisions of the injunction will have to be litigated further.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 23, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Parr v. Kalani Corp., Civ. No. 11-00514 ACK-BMK: Order Adopting F&R